<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

**AARON SIRKMAN**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by CANON BUSINESS PROCESS SERVICES, INC.

On March 12, 2020, deponent served the within ***COVER LETTER, NOTICE TO PRO SE LITIGANT PURSUANT TO LOCAL RULE 56.2, DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS, SUPPLEMENTAL RULE 56.1 STATEMENT OF FACTS AND MEMORANDUM OF LAW,*** upon the following party at the address designated by said party for that purpose by delivering a true copy of same and enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:   **<u>VIA CERTIFIED AND REGULAR MAIL</u>**
      **<u>ARTICLE NO.: 7015 0640 0005 7249 9595</u>**

   Ms. Maxine A. Todd
   Plaintiff Pro Se
   97-10 62nd Drive
   Apartment 4K
   Rego Park, New York 11374

_____
**AARON SIRKMAN**

SWORN to before me this
13th day of March, 2020

_____
NOTARY PUBLIC

2196883.1

MYRZA S GARCIA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA4935570
Qualified in Bronx County
My Commission Expires: 12/12/22