```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAXINE A. TODD,

                          Plaintiff,                                JUDGMENT

         v.                                                         16-CV-2124 (LDH)(LB)

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, OFFICE OF LEGAL AFFAIRS,
CLAIMS DIVISION; EMILY STONE, AS EXECUTOR
OF DIANE STONE'S ESTATE; DEEP LOHIA, MD,
LIC # 268559; NNAMDI ODIAH MD, LIC # 260378;
ALEX DOMPREH, NP; LILY ZHU, RN; MANUELA
LORICO, RN; SEWDAT NIRANJAN, RN; PARK
CITY 3 & 4 APARTMENTS, INC.; LOUIS
KRAMBERG, PRES. OF CO-OP BOARD; CHANDRA
JAIN, CO-OP MGR.; P.O. BERLINGERIO, SHIELD
#2501; P.O. MARCELLA VCLAK, SHIELD # 951423;
FRANCISCO BALDANZA, NYC FIRE DEPT EMT,

                          Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on September 29, 2021, granting Defendants' motion for summary judgment; and dismissing the claims against them; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that the claims against them are dismissed.

Dated: Brooklyn, New York  
       September 30, 2021

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk